JS6/ENTER

FILED
MAR 28 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CYNTHIA PACHECO,

    Petitioner,

v.

KAMALA HARRIS, et al.,

    Respondent.

Case No. EDCV 12-0335-SJO (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: March 27, 2012.

*S. James Otero*
S. James Otero
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 28 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY