JS6/ENTER

FILED
MAR 28 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CYNTHIA PACHECO,<br><br>    Petitioner,<br><br>    v.<br><br>KAMALA HARRIS, et al.,<br><br>    Respondent. | Case No. EDCV 12-0335-SJO (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: March 27, 2012.

_S. James Otero_
S. James Otero
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 28 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY